MARGARET LEONARD STONEHAM, as General Guardian of the Person and Property of RUSSELL C. STONEHAM and JANE ELIZABETH STONEHAM, Infants, and MARGARET LEONARD STONEHAM, Also Known as BERNICE LEONARD STONEHAM, Respondents, v. LEO J. BONDY, Appellant, and Others, Defendants.— Order denying motion of defendant Bondy to vacate and set aside a notice of examination before trial and a subpœna *duces tecum* affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

AMEDEE J. VAN BEUREN, Respondent, v. ETHEL VAN BEUREN, Appellant.— This action by plaintiff-husband, to procure a divorce, is pending in Putnam county. Subsequent to the commencement of this action the wife instituted an action for separation in New York county and applied for alimony and counsel fee. Thereafter plaintiff secured an order in this action staying and enjoining defendant (plaintiff in the separation action) from prosecuting or proceeding further with the separation action. Order, in so far as an appeal is taken therefrom, reversed upon the law, with ten dollars costs and disbursements, and motion to that extent denied, with ten dollars costs. The court was without power to make the order. A stay may be had only by application to the Supreme Court in New York county, where the separation action is pending, or in an equity action where such relief is demanded in the complaint. (*Tauszig* v. *Tauszig*, 226 App. Div. 759; *Municipal Metallic Bed Mfg. Corp.* v. *Dobbs*, 228 id. 724.) Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ., concur.

## (November 30, 1936.)

EMMA CROOKS SMITH, Appellant, v. WILLIAM ALOYSIUS SMITH, Respondent.— In view of the decision of the appeal herein (*post*, p. 660), decided herewith, the motion to dismiss that appeal is dismissed. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

ALLIANCE CASUALTY COMPANY, Appellant, v. VICTOR MIELE and HUMBERT MIELE, Copartners, Doing Business as MIELE CONTRACTING COMPANY, Respondents.— In an action by the insurance company to recover premiums, the defendants interposed counterclaims for legal services and for the amount paid in settlement of a suit when the plaintiff disclaimed liability under its indemnity policy and refused to defend. It was obligated under the terms of the policy to defend suits, whether groundless or not. It failed in its obligation to defend the claim either for workmen's compensation or in the suit subsequently brought. It cannot now complain of the reasonable settlement made by the defendants in the suit. Judgment of the County Court of Nassau county unanimously affirmed, with costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.